No. 869. WESTERN & ATLANTIC R. Co. *v.* GRAY. Jurisdictional statement submitted May 25, 1931. Decided June 1, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Wabash R. Co.* v. *Flannigan*, 192 U. S. 29; *Erie R. Co.* v. *Solomon*, 237 U. S. 427; *Zucht* v. *King*, 260 U. S. 174; *Sugarman* v. *United States*, 249 U. S. 182; *C. A. King & Co.* v. *Horton*, 276 U. S. 600; *Bank of Indianola* v. *Miller*, 276 U. S. 605; *Roe* v. *Kansas*, 278 U. S. 191. *Mr. Fitzgerald Hall* for appellant. No appearance for appellee.